# Court of Appeals, State of Michigan

## ORDER

AB Petro Mart Inc v Prime One Insurance

Docket No.    327481

LC No.        14-012291-CK

Mark J. Cavanagh
Presiding Judge

Henry William Saad

Karen M. Fort Hood
Judges

The Court orders that the September 15, 2016 opinion is hereby AMENDED to correct a clerical error. The last sentence of the first full paragraph on page 3 of the opinion is corrected to read: "Consequently, the trial court denied plaintiffs' motion and instead granted summary disposition in favor of Prime One pursuant to MCR 2.116(I)(2)."

In all other respects, the opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

SEP 20 2016

Date

Chief Clerk